# Court of Appeals
# of the State of Georgia

ATLANTA, June 14, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1615. ANTONIO LAMOUNT STRATTMAN v. THE STATE.**

In 2023, Antonio Lamount Strattman entered a negotiated guilty plea to criminal damage to property in the second degree and other offenses and was sentenced to five years on probation. In April 2024, the trial court revoked Strattman's probation. Proceeding pro se, Strattman filed both an application for discretionary appeal and a notice of appeal in the trial court. The direct appeal has docketed as the instant case. We lack jurisdiction.

Appeals from probation revocation orders must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (5). Thus, Strattman is not entitled to a direct appeal. Moreover, applications for discretionary appeal must be filed with the clerk of the Supreme Court or the Court of Appeals. OCGA § 5-6-35 (d). Here, Strattman filed his application in the superior court, rather than this Court. Accordingly, this Court lacks jurisdiction over this appeal, which is hereby DISMISSED. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989) ("The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith.").



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/14/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

Stephen E. Castlen _____, Clerk.